AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON<br><br>*Plaintiff(s)*<br>v.<br>ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN,<br>JOSEPH M. O'BELL, AUDRIE L. LAWTON,<br>LAURA L. BEDFORD, MIREILLE H. VARTANIAN,<br>and Does 1-5<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. A14CV0181 LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZWICKER & ASSOCIATES, P.C.
c/o CT Corporation System, Registered Agent
1999 Bryan Street
Suite 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS 78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
CLERK OF COURT

Date: MAR 03 2014                                                                 _____
                                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON<br><br>*Plaintiff(s)*<br>v.<br>ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN, JOSEPH M. O'BELL, AUDRIE L. LAWTON, LAURA L. BEDFORD, MIREILLE H. VARTANIAN, and Does 1-5<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. A14CV0181 LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TROY D. BOLEN
ZWICKER & ASSOCIATES, P.C.
1 Chisholm Trail
Suite 301
Round Rock, TX  78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS  78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
CLERK OF COURT

Date: MAR 03 2014                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON <br><br> *Plaintiff(s)* <br> v. <br> ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN, JOSEPH M. O'BELL, AUDRIE L. LAWTON, LAURA L. BEDFORD, MIREILLE H. VARTANIAN, and Does 1-5 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. A14CV0181 LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH M. O'BELL
ZWICKER & ASSOCIATES, P.C.
1 Chisholm Trail
Suite 301
Round Rock, TX 78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS 78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI

CLERK OF COURT

Date: MAR 0 3 2014                                              _Olga Schroeder_
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON <br><br> *Plaintiff(s)* <br> v. <br> ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN, JOSEPH M. O'BELL, AUDRIE L. LAWTON, LAURA L. BEDFORD, MIREILLE H. VARTANIAN, and Does 1-5 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **A14CV0181 LY** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AUDRIE L. LAWTON
ZWICKER & ASSOCIATES, P.C.
1 Chisholm Trail
Suite 301
Round Rock, TX  78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS  78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM G. PUTNICKI**

CLERK OF COURT

Date: __MAR 0 3 2014__          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON <br><br> *Plaintiff(s)* <br> v. <br> ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN, JOSEPH M. O'BELL, AUDRIE L. LAWTON, LAURA L. BEDFORD, MIREILLE H. VARTANIAN, and Does 1-5 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. A14 CV0181 LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LAURA L. BEDFORD
ZWICKER & ASSOCIATES, P.C.
1 Chisholm Trail
Suite 301
Round Rock, TX  78681

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS  78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
CLERK OF COURT

Date: MAR 0 3 2014                               _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JAMES R. ROBINSON <br><br> *Plaintiff(s)* <br> v. <br> ZWICKER & ASSOCIATES, P.C., TROY D. BOLEN, JOSEPH M. O'BELL, AUDRIE L. LAWTON, LAURA L. BEDFORD, MIREILLE H. VARTANIAN, and Does 1-5 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. A14CV0181 LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIREILLE H. VARTANIAN
ZWICKER & ASSOCIATES, P.C.
80 Minuteman Road
Andover, MA  01810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or ~~plaintiff's attorney~~, whose name and address are:   JAMES R. ROBINSON, Pro Se
780 CHUCKWAGON ROAD
LULING, TEXAS  78648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM G. PUTNICKI
CLERK OF COURT

Date:  MAR 0 3 2014                                         _____
*Signature of Clerk or Deputy Clerk*