UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

**JAMES R ROBINSON,**

      **Plaintiff**

v.

**ZWICKER & ASSOCIATES, P.C.;
TROY D BOLEN; JOSEPH M O'BELL;
AUDRIE L LAWTON; LAURA L
BEDFORD; MIREILLE H VARTANIAN,**

      **Defendants**
_____

Case No.: 1:14-cv-00181-LY

**ZWICKER & ASSOCIATES, P.C.'S
NONGOVERNMENTAL CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zwicker & Associates, P.C. ("Zwicker") respectfully submits the following nongovernmental corporate disclosure statement:

1. Zwicker has no parent corporation; and

2. No publicly held corporation owns 10% or more of Zwicker's stock.

Respectfully submitted,

ZWICKER & ASSOCIATES, P.C.

By its attorneys,

/s/Audrie Lawton
Audrie Lawton, Esq., #24036953
Zwicker & Associates, P.C.
Old Town Square
1 Chisholm Trail, Suite 301
Round Rock, TX 78681
Tel. 512-218-0488
Fax 512-218-0477
alawton@zwickerpc.com

Dated: March 26, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2014, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system.  I also certify that I have caused the attached document to be forwarded by United States Mail, postage prepaid, to James R. Robinson, 780 Chuckwagon Road, Luling, TX 78648, who I understand is not a registered participant for the CM/ECF system.

                                          /s/Audrie Lawton
                                          Audrie Lawton, Esq.